## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SAUNDEURS SHILOFF,

     Plaintiff,

v.                                               CV No. 20-1164 KK/CG

PAUL THOMPSON et al.,

     Defendants.

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION
### OF TIME TO FILE ANSWER

**THIS MATTER** is before the Court on Defendant Paul Thompson's letter, in which he moves the Court for an extension of the deadline to answer Plaintiff's Complaint (the "Motion"), (Doc. 3), filed December 2, 2020; and Plaintiff's *Response in Opposition to Defendant's Motion for Extension of Time to Answer and for Summary Judgment or Dismissal [Doc 3]* (the "Response"), (Doc. 5), filed December 4, 2020. The Court, having considered the Motion and the Response, finds that the Motion is well-taken and shall be **GRANTED**.

The Federal Rules of Civil Procedure empower the Court to extend the time a defendant has to answer, for good cause. Fed. R. Civ. P. 6(b). The case was filed recently, on November 9, 2020. (Doc. 1). In his Motion, Mr. Thompson explains that he has been unable to retain counsel due to the coronavirus pandemic and the recent Thanksgiving holiday, and asks the Court for more time to do so. (Doc. 3 at 1). The Court therefore finds good cause for an extension of time to answer.

**IT IS THEREFORE ORDERED** that Mr. Thompson shall have until **January 8, 2021**, to file his answer or other responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE